**Electronically Filed
Supreme Court
SCWC-16-0000002
08-JAN-2018
02:15 PM**

SCWC-16-0000002

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

LOWELL S. D. KIM, Petitioner/Plaintiff-Appellant,
vs.
HENRY SOON TAI KIM; ALICE H. S. KIM, HEIRS OF LYDIA OK SOON KIM;
KATHERINE SOONIE KIM MINN; MARK K. KOGA TRUST;
ARNEE L. KOGA TRUST; CLIFFORD T. SASANO; ALISON M. SASANO TRUST;
CLIFFORD Y. SASANO TRUST; JODI-ANN Y. ITO; WAYNE B. KATO TRUST;
SACHIKO MURAKAWA TRUST & SACHIKO MURANAKA, ISHIDA FAMILY TRUST,
Respondents/Defendants-Appellees,
and
ALL OTHER PERSONS OR CORPORATIONS UNKNOWN CLAIMING ANY RIGHT,
TITLE, ESTATE LIEN OR INTEREST IN THE REAL PROPERTY DESCRIBED
HEREIN, ADVERSE TO PLAINTIFF'S OWNERSHIP
AND TO ALL WHOM IT MAY CONCERN,
Defendants.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-16-0000002; CIV. NO. 15-1-0460)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Plaintiff-Appellant Lowell S. D. Kim's
application for writ of certiorari filed on December 6, 2017, is
hereby rejected.

DATED:  Honolulu, Hawaiʻi, January 8, 2018.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

